UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CANDACE ALSTON,<br><br>        Plaintiff,<br>v.<br><br>EXPERIAN INFORMATION<br>SOLUTIONS, INC,<br><br>        Defendant. | Case No. 8:21-cv-02053-TDC |

**STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN
PLAINTIFF AND DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.**

Plaintiff Candace Alston ("Plaintiff"), by counsel, and Defendant Experian Information Solutions, Inc. ("Experian"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Experian should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees. A proposed Order of Dismissal is attached hereto as Exhibit A.

Respectfully submitted,

Date:   August 8, 2022

*/s/ Jeffrey W. Styles*
Jeffrey W. Styles, Esq. (Bar #20659)
Washington Legal Group, LLC
1001 Connecticut Ave, NW, Suite 1138
Washington, DC  20036
Telephone:  (202) 503-1708
Fax:  (202) 503-1701
E-Mail:  jstyles@washlegal.com

*Counsel for Plaintiff Candace Alston*

Date: <u>August 8, 2022</u>   <u>/s/ Joy C. Einstein</u>
Joy C. Einstein, Bar No. 465754
SHULMAN, ROGERS, GANDAL
PORDY & ECKER, P.A.
12505 Park Potomac Avenue, 6th Floor
Potomac, Maryland 20854
Telephone: (301) 945-9250
Facsimile: (301) 230-2891
E-mail: jeinstein@shulmanrogers.com

*Counsel for Defendant Experian Information Solutions, Inc.*